| | |
|---|---|
| 1 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | Mark C. Dosker (CA Bar No. 114789) |
| 2 | Patrice N. Harper (CA Bar No. 225573) |
| | One Maritime Plaza, Third Floor |
| 3 | San Francisco, CA  94111-3492 |
| | Telephone:    415.954.0200 |
| 4 | Facsimile:    415.393.9887 |
| | mdosker@ssd.com |
| 5 | pharper@ssd.com |
| 6 | |
| 7 | KEATING, MUETHING & KLEKAMP, P.L.L. |
| | Gregory M. Utter |
| 8 | Joseph M. Callow, Jr. |
| | Benjamin G. Stewart |
| 9 | Suite 1400 |
| | One East Fourth Street |
| 10 | Cincinnati, OH  45202 |
| | Telephone:    513.579.6400 |
| 11 | Facsimile:    513.579.6457 |
| | gmutter@kmklaw.com |
| 12 | jcallow@kmklaw.com |
| | bgstewart@kmklaw.com |
| 13 | |
| | Attorneys for Defendant |
| 14 | CINTAS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America ex rel. UNITE HERE, | Case No. C-06-2413 PJH |
| Plaintiff, | **E-FILING** |
| vs. | **STIPULATION AND [Proposed] ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE** |
| CINTAS CORPORATION, | |
| Defendant. | Civ. L.R. 6-2(a) |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
San Francisco

Stipulated Request - C06-2413 PJH

1     WHEREAS, the initial Case Management Conference in this case is currently scheduled
2 for November 29, 2007 [Dkt 21];

3     WHEREAS, Cintas Corporation has filed a Motion to Dismiss which is set for hearing on
4 December 12, 2007 [Dkt 24];

5     WHEREAS, Cintas Corporation is filing, simultaneously with this Stipulation and Order,
6 the applications for admission *pro hac vice* of certain of its counsel, from the law firm of Keating,
7 Muething & Klekamp P.L.L. in Cincinnati, Ohio;

8     WHEREAS, the parties believe it would be more convenient for counsel and the Court if
9 the Case Management Conference were scheduled for December 12, 2007, at the same time the
10 Motion to Dismiss is set for hearing;

11     WHEREAS, alternatively, if the Court prefers the Case Management Conference to be
12 held on a Thursday when the Court holds similar conferences in other cases, the parties believe
13 that it would be convenient for the Case Management Conference to take place on December 13,
14 2007, the day after the hearing on the Motion to Dismiss;

15     WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), this is the first request to move this
16 Case Management Conference;

17     WHEREAS, pursuant to Civil Local Rule 6-2(a)(3), if this request is granted, it will have
18 no effect on the schedule of this case;

19     NOW, THEREFORE, the parties hereto, by and through their respective undersigned
20 counsel of record, hereby stipulate to an Order of the Court changing the date of the Case

21 ///
22 ///
23 ///

SQUIRE, SANDERS &
DEMPSEY L.L.P.
San Francisco

Stipulated Request - C06-2413 PJH

1  Management Conference, currently set for November 29, 2007, to either December 12, 2007 at
2  9:00 a.m. or December 13, 2007 at 2:30 p.m., with the Joint Case Management Statement to be
3  filed no less than seven days before the rescheduled date for the Case Management Conference.

Dated: November 13, 2007                SQUIRE, SANDERS & DEMPSEY L.L.P.

                                        By: _____/s/_____
                                                Mark C. Dosker

                                        Attorneys for Defendant
                                        CINTAS CORPORATION

Dated: November 13, 2007                ALTSHULER BERZON LLP

                                        By: _____/s/_____
                                                Peter Nussbaum

                                        Attorneys for Plaintiff/Relator
                                        UNITE HERE

ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the Case Management Conference previously set for November 29, 2007 is hereby rescheduled to December __13_ 2007 at 2:30 p.m. The parties shall file their Joint Case Management Conference Statement no less than seven days before that date.

Dated: November __14_ 2007              _____
                                        [IT IS SO ORDERED /s/ Judge Phyllis J. Hamilton]
                                        United States District Court
                                        Northern District of California

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Parties may access this pleading through the Court's electronic docketing system.

/s _____

SQUIRE, SANDERS &
DEMPSEY L.L.P.
San Francisco

# CERTIFICATE OF SERVICE

I, MARY ANN MENDOZA, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On November 14, 2007, I served the foregoing document described as:

- STIPULATION AND [Proposed] ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE

☒   Via United States District Court Electronic Filing Service on the party(ies) as set forth below.

| | |
|---|---|
| Peter D. Nussbaum<br>Michael Rubin<br>Laura P. Juran<br>Altshuler Berzon LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108 | Owen P. Martikan<br>Assistant United States Attorney<br>450 Golden Gate Avenue, 9th Floor<br>San Francisco, CA 94102-3495 |

Executed on November 14, 2007, at San Francisco, California. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____Mary Ann Mendoza_____         _____/s/_____
                                                                            (Signature)