SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar No. 114789)
Patrice Harper (CA Bar No. 225573)
One Maritime Plaza, Third Floor
San Francisco, CA 94111-3492
Telephone: 415.954.0200
Facsimile: 415.393.9887
mdosker@ssd.com


KEATING, MUETHING & KLEKAMP, P.L.L.
Gregory M. Utter (*pro hac vice*)
Joseph M. Callow, Jr. (*pro hac vice*)
Benjamin G. Stewart (*pro hac vice*)
Suite 1400
One East Fourth Street
Cincinnati, OH 45202
Telephone: 513.579.6400
Facsimile: 513.579.6457
gmutter@kmklaw.com
jcallow@kmklaw.com
bgstewart@kmklaw.com

Attorneys for Defendant
CINTAS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America ex rel. UNITE HERE, <br><br> Plaintiff, <br><br> v. <br><br> CITNAS CORPORATION, <br><br> Defendant. | Case No. C-06-2413 PJH <br><br> STIPULATION AND ORDER EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE <br><br> E-FILING <br><br> Civ. L.R. 6-2(a) |

| | |
|---|---|
| 1 | The parties hereto, by and through their respective undersigned counsel of record, hereby |
| 2 | stipulate to extend the time within which Cintas Corporation may answer or otherwise respond to |
| 3 | the Second Amended Complaint, through and including February 19, 2008. |
| 4 | The parties hereby also stipulate that if Cintas Corporation responds to the Second |
| 5 | Amended Complaint by filing a motion, then it will notice such motion for hearing on |
| 6 | Wednesday, April 9, 2008, UNITE HERE's Memorandum in Opposition will be due on March |
| 7 | 17, 2008, and Cintas Corporation's Reply Memorandum will be due on March 26, 2008. |
| 8 | This Stipulation may be executed in counterparts, and the signed counterparts may be |
| 9 | exchanged by e-mail or facsimile, but both such counterparts taken together shall constitute but |
| 10 | one and the same stipulation. |

Dated: February 1, 2008                    SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____/s/_____
         Mark C. Dosker

Attorneys for Defendant
CINTAS CORPORATION


Dated: February 1, 2008                    ALTSHULER BERZON LLP

By: _____/s/_____
         Peter Nussbaum

Attorneys for Plaintiff/Relator
UNITE HERE

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the time within which Cintas Corporation may answer or otherwise respond to the Second Amended Complaint is extended through and including February 19, 2008.

If Cintas Corporation responds to the Second Amended Complaint by filing a motion, IT IS HEREBY ORDERED that it will notice such motion for hearing on Wednesday, April 9, 2008, that UNITE HERE's Memorandum in Opposition will be due on March 17, 2008, and that Cintas Corporation's Reply Memorandum will be due on March 26, 2008.

Dated: February 4, 2008



_____
Honorable Phyllis J. Hamilton
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically. Parties may access this pleading through the Court's electronic docketing system.

_____/s/_____
Mary Ann Mendoza